AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Reginald Andre Blanding; Wanda Blanding; Brittani Blanding, by and through her Guardian ad Litems Reginald Andre Blanding and Wanda Blanding,
*Plaintiffs*
v.
Richland County Sheriffs Department; Leon Lott; Rickey E. Johnson, Jr.; Frida W. Wyatt; Adrian P. Thompson; Adam C. Cornwell; Sara N. Giron; George C. Baker; Unknown Confidential Informant; Lieutenant Cowan; Michael C. Nawrockyj,
*Defendants*

)
)
)
)
)
)
)

Civil Action No.     3:14-cv-00299-JMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ Summary judgment is hereby entered for the defendants; Richland County Sheriffs Department; Leon Lott; Rickey E. Johnson, Jr.; Frida W. Wyatt; Adrian P. Thompson; Adam C. Cornwell; Sara N. Giron; George C. Baker; Unknown Confidential Informant; Lieutenant Cowan; Michael C. Nawrockyj, as to the federal claims, and as to Blandings' state claims of negligent supervision, negligent training, trespassing, assault, battery, and false imprisonment, and this action is dismissed with prejudice as to those claims.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, The Court havind adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, granting defendants' motions for summary judgment in part and dismissing the complaint with prejudice as to the federal claims and as to the state law claims of negligent supervision, negligent training, trespassing, assault, battery, and false imprisonment.

Date:   July 13, 2015

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

*Signature of Clerk or Deputy Clerk*